# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-01989 **Short Title:** League of Women Voters of Massachusetts v. Missouri

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA-Asian Pacific American Advocates, U.S. Vote Foundation

________________________________ as the

[ ] appellant(s) [✓] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Sophia Lin Lakin — Signature

8/30/2026 — Date

Sophia Lin Lakin — Name

American Civil Liberties Union Foundation — Firm Name (if applicable)

(212) 549-2500 — Telephone Number

125 Broad Street — Address

(332) 234-9285 — Fax Number

New York, NY 10004 — City, State, Zip Code

SLakin@aclu.org — Email (required)

Court of Appeals Bar Number: 1214581

Has this case or any related case previously been on appeal?

[ ] No [✓] Yes Court of Appeals Nos. 26-01988; 26-01944

==============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).