# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1989 **Short Title:** League of Women Voters Ma., et al. v. State of Missouri et al

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
see attached as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Justin Lam
Signature

August 31, 2026
Date

Justin Lam
Name

Brennan Center for Justice
Firm Name (if applicable)

(202) 249-7190
Telephone Number

777 6th Street NW, Suite 1100
Address

Fax Number

Washington, DC 20001
City, State, Zip Code

lamju@brennan.law.nyu.edu
Email (required)

Court of Appeals Bar Number: 1225801

Has this case or any related case previously been on appeal?

[ ] No [✔] Yes Court of Appeals No. 26-1944, 26-1988

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

*Plaintiffs-Appellees Represented*

1. League of Women Voters of Massachusetts
2. League of Women Voters Lotte E. Scharfman Memorial Education Fund
3. League of Women Voters of the United States
4. League of Women Voters Education Fund
5. Association of Americans Resident Overseas
6. U.S. Vote Foundation
7. OCA-Asian Pacific American Advocates
8. Delta Sigma Theta Sorority, Inc.