# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1989 **Short Title:** League of Women Voters of Mass., et al. v. State of Missouri, et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
see attached as the

[ ] appellant(s) [ ] appellee(s) [✓] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Anna Baldwin
Signature

9/1/2026
Date

Anna Baldwin
Name

Campaign Legal Center
Firm Name (if applicable)

(202) 736-2200
Telephone Number

1101 14th St. NW, Ste. 400
Address

(202) 736-2222
Fax Number

Washington, DC 20005
City, State, Zip Code

abaldwin@campaignlegalcenter.org
Email (required)

Court of Appeals Bar Number: 1173790

Has this case or any related case previously been on appeal?

[ ] No [✓] Yes Court of Appeals No. 26-1944, 26-1988, 26-1987, 26-1991

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

*Amici curiae* represented

1. League of United Latin American Citizens
2. Secure Families Initiative
3. Arizona Students' Association
4. City of Madison, Wisconsin
5. Travis County, Texas
6. Travis County clerk, in her official capacity